1  **PINNOCK & WAKEFIELD, A.P.C.**
   Theodore A. Pinnock,, Esq.        Bar #: 153434       J S - 6
2  David C. Wakefield, Esq.          Bar #: 185736
   7851 Mission Center Court, Suite 310
3  San Diego, CA 92108
   Telephone:     619.858.3671
4  Facsimile:     619.858.3646

5  Attorneys for Plaintiffs

6

7               UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
8

9

10 **JON CARPENTER,**                    **Case No.: CV-08-07700 RSWL (PLA)**

11              **Plaintiff,**

12      **v.**                          **ORDER GRANTING STIPULATED
                                        DISMISSAL AND DISMISSAL WITH
13                                      PREJUDICE OF ALL DEFENDANTS
   **DE YOUNG KIM; HYON K. KIM; HYON    FROM PLAINTIFF'S COMPLAINT
14 S. HAN; And DOES 1 THROUGH 10,       AND PLAINTIFF'S COMPLAINT IN
   Inclusive**                          **ITS ENTIRETY.**
15
16              **Defendants.**

17                                      [Fed.R.Civ.P. Rule 41(a)(2)]

18

19

20      **IT IS HEREBY ORDERED** that Defendants DE YOUNG KIM; HYON K. KIM;

21 HYON S. HAN**,** are dismissed with prejudice from Plaintiffs' Complaint, Case Number: CV-08-

22 07700 RSWL (PLA).  Additionally, Plaintiffs' Complaint is dismissed with prejudice in its

23 entirety.

24

25 **IT IS SO ORDERED.**

26 Dated: February 23, 2009           RONALD S.W. LEW
                                      _____
27                                    HONORABLE RONALD S. W. LEW
                                      Senior, U.S. District Court Judge
28